**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAI MOUA,<br><br>                    Plaintiff - Appellant,<br><br>          v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>                    Defendant - Appellee. | No. 09-16043<br><br>D.C. No. 2:07-cv-02024-GGH<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Gregory G. Hollows, Magistrate Judge, Presiding

Submitted May 13, 2010[**]
San Francisco, California

Before: SILVERMAN, FISHER and M. SMITH, Circuit Judges.

We affirm for the reasons given by the magistrate judge in his order filed

April 14, 2009.

**AFFIRMED.**

---

[*]This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).